**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION**

**GO MD USA LLC,**

**Plaintiff,**

**V.** **Docket No.**

**JOHN DOES, 1-20,**

**Defendants.**

## COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

GO MD USA LLC ("GO MD USA" or "Plaintiff"), by and through its undersigned counsel, brings this Complaint against John Doe(s) 1–100 (collectively, "Defendants"), and alleges as follows:

## I. INTRODUCTION

1. This action seeks to stop a deliberate and malicious campaign of "click fraud" designed to target GO MD USA's online advertising campaigns and to cause significant financial harm, reputational damage, and undermine the company's ability to compete.

2. GO USA MD, a telehealth company, has been the target of a campaign to deplete the company's advertising budget and undermine its ability to do business. The Defendants' fraudulent activity includes repetitive, automated, and abusive activity to flood the company's primary advertising and client engagement platform with false "clicks" to run up the company's advertising costs and undermine its ability to compete.

3. Like many companies, GO MD USA uses and pays for on-line pay-per-click ("PPC") advertising as a primary method to reach customers. In essence, GO MD USA pays a fee to the advertising host (i.e., Google Ads) based on the number of "clicks" on links to the company's ads and website.

4. In the past weeks, GO MD USA has become the target of a campaign of "click fraud" – essentially a program to create a mass of false "clicks" or clicks that do not engage with GO MD USA's ads and websites. It is akin to a one second phone call, with the caller hanging up as soon as the call is "answered."

5. Unlike most cyber-attacks, this type of cyber-attack is not designed to fool customers or gain information from the target. The only purpose of this type of attack is to raise the costs for a target company and deplete its advertising budget in order to allow a competitive company to reach potential customers without competition from the target of cyber-attacks.

6. These attacks, staged through owned or rented phones probably coordinated by a program that caused multiple phones to initiate the false "clicks," are initiated and controlled by persons whose identity is currently unknown and cannot be determined without legal process.

7. Therefore, Plaintiff hereby commences this action against multiple "John Does" and will amend this Complaint upon learning of their (its) identity through its proposed discovery of ISPs and cell phone providers.

8. Ultimately, this case seeks to halt the click fraud and identify and hold the perpetrators accountable, and to ensure fair competition in the telehealth market.

## II. PARTIES

9. **Plaintiff**: GO MD USA LLC is a limited liability company, established under the laws of South Dakota, with its headquarters and principal place of business at 3385 Airways Blvd, Suite 201, Memphis, TN 38116.

10. **Defendants**: John Doe(s) 1–20 are individuals or entities engaged in a fraudulent scheme targeting Plaintiff's online advertising campaigns. Their true identities are currently unknown.

## III. JURISDICTION AND VENUE

11. This Court has jurisdiction under **28 U.S.C. § 1331** (federal question jurisdiction) because this action arises under the **Computer Fraud and Abuse Act (CFAA)**, 18 U.S.C. § 1030.

12. Supplemental jurisdiction over state law claims is proper under **28 U.S.C. § 1367, as all the legal causes of action arise out of a common nucleus of operative fact.**

13. Venue is proper in this Court pursuant to **28 U.S.C. § 1391** because the Plaintiff's principal place of business is in this district, and the harm caused by Defendants occurred in this district.

## IV. FACTS

14. Plaintiff is a nationally recognized telehealth provider offering critical healthcare services to individuals across the United States through its online platform. GO MD Usa facilitates and provides access to telehealth services across the country. It has offered cell phone and broadband access under the currently suspended Affordable Communications Program. It is

building a nationwide program of cloud-based telehealth services to provide broad access to health care for consumers, especially lower income consumers.

15. GO MD USA, like most technology companies, advertises online. The main avenue for online advertising is Google. Essentially, an advertiser pays Google a fee for each time a link to the company's website is clicked. This is called pay per click ("PPC") advertising. It is a multibillion business for Google.

16. Plaintiff relies on online advertising campaigns to attract and serve its customers, investing substantial resources into platforms such as Google Ads.

17. In real "clicks" by consumers, the consumers spend time on the site or ad, and generally engage with the site – reviewing the information, clicking on internal site links.

18. Over the last several weeks, GO MD USA has observed a pattern of fraudulent activity targeting its advertising campaigns. This activity consists of repeated, apparently malicious clicks from specific IP addresses, inflating GO MD USA's advertising costs. For the purposes of this Complaint, this will be referred to as click fraud.

19. "Click fraud" is when an individual, bot, or automated software repeatedly clicks PPC ads. As relevant here, the clicking is done with no intention of using the advertised product or service; rather, the intent is to harm competitors by increasing or exhausting their ad budgets and preventing effective engagement with real customers.

20. Competitors can continually click on pay-per-click ads until the PPC daily budget is depleted, preventing real customers from viewing them.

21. Click fraud can be carried out on a massive scale through click farms, which are made up of large groups of people paid to click on ads or social media posts all day. It also can

be carried out using programs to "dial" the same URL across multiple phones owned by the same user and hang up quickly, without engaging with the content of the site.

22. In the case at hand, it appears the click fraud campaign is carried out through use of multiple phones or phone numbers (the phony clicks come from individual numbers).

23. Essentially, to conduct the click fraud campaigns, the mobile phones "click" on the link to a website and then immediately leave or hang up.

24. Based on GO MD USA's review of the PPC activity, the activity appears to be automated or bot driven. GO MD USA reached this conclusion because of to the coordinated nature of the click fraud campaign, the excessive frequency of repeated clicks, unusual geographic locations from which the clicks emanate, and the short "engagement" or connection to GO MD USA's platforms.

25. The uniformity and speed of the fraudulent licks further indicates automated or bot-driven traffic originating from proxy networks and IP rental platforms.

26. Based on GO MD USA's review of the click fraud, 90% of the clicks on the links to the company's websites and advertisements through Google advertising are fraudulent. They do not show the indicia of actual consumer intent or engagement.

27. This click fraud program appears malicious and designed to interrupt and damage Plaintiff's advertising and computerized facilities. The multiple fraudulent clicks inflate and exhaust GO MD USA's advertising budget and reduce its ability to compete.

28. Further, the click fraud, by clogging up bandwidth and exhausting GO MD USA's advertising budget disrupt GO MD USA's ability to connect with legitimate customers.

29. Because of the nature of this click fraud program, its only purpose can be to cripple Plaintiff and provide competitors with an unfair competitive advantage.

30. It is thus likely that the perpetrators of the click fraud are one or more of GO MD USA's competitors, which will be confirmed by discovery in this John Doe suit.

31. In an attempt to stop or reduce the impact of this click fraud, GO MD USA has, inter alia, blocked specific IP ranges and reported the activity to advertising platforms. Despite these efforts, the fraudulent activity persists, indicating an ongoing and coordinated attack.

32. The true identities of the perpetrators remain unknown, necessitating immediate discovery to identify the individuals or entities responsible for the harm.

33. Defendants' actions have caused GO MD USA significant harm, including increasing GO MD USA's advertising costs and inhibit the GO MD USA's ability to advertise and do business.

34. This fraudulent activity has caused GO MD USA thousands in lost revenue and loss of the benefit of if its bargain in its PPC Contracts. The benefits of the bargain GO MD USA has lost includes lost customers, and the loss of valuable demographic data regarding potential customers who elected to click on its PPC Ads.

35. This fraudulent activity has further caused GO MD USA thousands of dollars to attempt to halt the click fraud.

36. Finally, this campaign damages the company's reputation because it reduces its ability to efficiently serve customers.

## V. CLAIMS FOR RELIEF

### COUNT I: Violation of the Computer Fraud and Abuse Act (CFAA)

37. Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

38. Plaintiff's advertising is conducted using computers used in or affecting interstate or foreign commerce or communication.

39. Defendants, without authorization, accessed Plaintiff's online advertising campaigns and caused damage without authorization in fraudulent activity, in violation of 18 U.S.C. § 1030(a)(5).

40. Defendants knowingly have caused and are causing the transmission of information and commands causing damage to the function of Plaintiff's computers.

41. Defendants' actions have caused GO MD USA to suffer losses exceeding $5,000 within the last year.

42. Defendants' actions were intentional, malicious, and caused significant financial harm to GO MD USA.

**COUNT II: Intentional Interference with Business Relations**

43. Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

44. Defendants intentionally disrupted GO MD USA's business relationships with prospective clients by driving fraudulent traffic to Plaintiff's advertising campaigns.

45. Defendants' conduct was willful, malicious, and directly caused Plaintiff to suffer financial harm and reputational damage.

**COUNT III: Intentional Interference with Contractual Relationships**

47. Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

48. Defendants, as participants in the market and by their actions to engage in click fraud, understand and know that GO MD USA has entered into contracts with, inter alia, Google for PPC advertising.

49. Defendants understand that by engaging in the click fraud scheme described herein, they are interfering with GO MD USA's rights to receive the benefits of their contract with their PPC advertising providers.

50. By engaging in the click fraud scheme herein, Defendants intended to deprive GO MD USA of the benefits of its contracts with its PPC advertising providers.

51. Defendants' motive is to prevent GO MD USA from competing in the telehealth market and to damage GO MD USA.

52. Defendants' actions have caused GO MD USA substantial damages, including the costs of attempting to prevent the click fraud, increases in the cost of advertising, loss of the benefit of its bargain with its PPC advertising providers, and loss of the fruits of advertising expenditures.

**COUNT IV: Unfair Competition**

53. Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

54. Defendants' click fraud created an uneven playing field, disrupted Plaintiff's business operations, and undermined market fairness.

55. Defendants' click fraud constitutes a tort.

56. Defendants' click fraud caused GO MD USA substantial damages, including the costs of attempting to prevent the click fraud, loss of advertising revenue and loss of the fruits of advertising expenditures.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court grant the following relief:

1. A declaration that Defendants' conduct is unlawful, constituting a violation of the Computer Fraud and Abuse Act;

2. A declaration that Defendants conduct constitutes interference with prospective business relationships and/or interference with contractual relationships.

3. A declaration that Defendants' conduct constitutes Unfair Competition;

4. An order prohibiting Defendants from engaging in further fraudulent activity targeting GO MD USA's advertising campaigns;

5. Compensatory damages in an amount to be determined at trial, including lost revenue and advertising costs, but not less than $75,000;

6. Punitive damages for Defendants' willful and malicious conduct;

7. Attorney's fees and costs incurred in pursuing this action;

8. An order authorizing expedited discovery to identify the John Doe Defendants and enablers of fraudulent activity; and

9. Any other relief the Court deems just and proper.

## VIII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

**Dated: November 25, 2024**

**Respectfully Submitted,**

/s/ *Mark J. Schirmer*

**Mark J. Schirmer**
**TN Bar #019717**
**General Counsel**
**GO MD USA LLC**
**3385 Airways Blvd. Suite 201**
**Memphis, TN 38122**
**Markschirmer@gomdusa.net**
**Markschirmer1@gmail.com**
**901-230-4697**

**Attorney for Plaintiff GO MD USA LLC**