**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **GO MD USA LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 2:24-cv-2928-MSN-atc** |
| | ) | |
| **JOHN DOES 1–20,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER GRANTING MOTIONS FOR DISCOVERY

Before the Court by order of reference[1] is Plaintiff GO MD USA LLC's ("GO MD") *ex parte* Motion for Permission to Serve Subpoenas on Multiple Internet Service Providers, filed on December 6, 2024 (ECF No. 9), and GO MD's Amended Motion for Discovery, filed February 6, 2025 (ECF No. 13). For the reasons set forth below, the Motions are GRANTED.

On November 25, 2024, GO MD filed a complaint seeking to enjoin a "deliberate and malicious campaign" it believes is targeting its online advertising. (ECF No. 1 ¶ 1.) The activity consists of repeated clicks from "specific IP addresses," resulting in inflation of GO MD's advertising costs. (*Id.*) "Based on GO MD's review of the click fraud, 90% of the clicks on the links to the company's websites and advertisements through Google advertising are fraudulent. They do not show the indicia of actual consumer intent or engagement." (*Id.* ¶ 26.) GO MD suggests that the click-fraud perpetrators are one or more of GO MD's competitors. (*Id.* ¶ 30.)

---

[1] On December 9, 2024, and February 10, 2025, District Judge Mark S. Norris referred the motions to the undersigned for determination or for proposed findings and recommendation, as appropriate. (ECF Nos. 10, 14.)

In its first Motion, GO MD requested early discovery to identify the "the person associated with the IP address (or phone number) being used to engage in the cyber-attacks." (ECF No. 9-1, at 6.) Specifically, GO MD asked for permission to subpoena "non-party internet service providers and cellular service providers" to get that information (*id.* at 1), and, in its Amended Motion, GO MD narrowed its requests to three such internet service providers: AT&T, T-Mobile, and Verizon (the "ISPs") (ECF No. 13).

On February 24, 2025, the Court found that GO MD had sufficiently alleged that it was the subject of an anti-competitive click fraud campaign and had explained its need for expedited discovery. (ECF No. 15, at 4.) The Court further found, however, that GO MD had not demonstrated the scope of its discovery requests by identifying the IP addresses or phone numbers it suspected of fraudulent activity or provided any other identifying information about them. (*Id.* at 4–5.) The Court thus ordered GO MD to supplement its Motions by providing information about the IP addresses that are the subject of its requested subpoenas. (ECF No. 15.)

On April 8, 2025, GO MD did so, providing the Court with the specific IP addresses of the alleged click-fraud perpetrators (ECF No. 17-1, at 4–6; ECF No. 17-2, at 4–6; ECF No. 17-3, at 4–6), as well as the internet service provider associated with each IP address (ECF No. 17-1, at 10–12; ECF No. 17-2, at 10–12; ECF No. 17-3, at 10–12).

GO MD's Motions are therefore GRANTED. GO MD may serve the ISPs with subpoenas for information sufficient to identify the holders of the relevant accounts. Within ten days of service of the subpoenas, the ISPs must notify the account owners that such information has been requested and inform those who wish to contest the production of such information that they may seek a protective order from this Court. In addition, all information obtained by GO MD shall be deemed highly confidential, may be used by GO MD only to pursue its claims in

this case, and may not be disclosed by GO MD to third parties or non-parties except by order of this Court.

SO ORDERED this 22nd day of May, 2025.

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE